UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>RICARDO REYNOSO,<br><br>                Defendant. | 19 Cr. 735 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On January 10, 2020, Defendant Ricardo Reynoso pleaded guilty to Count 1 of Information 19 Cr. 735. (*See* Minute Entry for 1/10/2019). At that time, the Court scheduled Mr. Reynoso's sentencing for May 13, 2020. Due to restrictions on access to the Courthouse and on Courthouse operations due to the ongoing COVID-19 pandemic, which restrictions are well-documented on the Court's website, the sentencing is hereby ADJOURNED to **August 14, 2020, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Defendant's sentencing submission shall be due to the Court on **July 31, 2020**; and the Government's sentencing submission shall be due to the Court on **August 7, 2020**.

      SO ORDERED.

Dated:   April 6, 2020
            New York, New York

                                                              KATHERINE POLK FAILLA
                                                               United States District Judge